UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| OTTER CREEK SOLAR LLC, ) | Case No. 1:16-cv-00013-JGM |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEAL** |
| v. ) | |
| ) | |
| GREEN MOUNTAIN POWER ) | **October 17, 2016** |
| CORPORATION and VEPP, INC., ) | |
| ) | |
| Defendants**.** ) | |
| ) | |

NOTICE IS HEREBY GIVEN that Otter Creek Solar LLC ("Otter Creek") hereby appeals to the United States Court of Appeals for the Second Circuit from an order by the Honorable J. Garvan Murtha, dismissing Allco's complaint under Fed. R. Civ. P. 12(b), entered on September 23, 2016, Docket No. 13, and from the final judgment in favor of the Defendants entered on September 23, 2016, Docket No. 15.

Respectfully submitted this 17th day of October, 2016.

                                          */s/ Thomas Melone*
                                          Thomas Melone
                                          ALLCO RENEWABLE ENERGY LIMITED
                                          77 Water St., 8th Floor
                                          New York, NY 10005
                                          Telephone: (212) 681-1120
                                          Facsimile: (801) 858-8818
                                          Thomas.Melone@AllcoUS.com
                                          *Attorney for Plaintiff Otter Creek Solar LLC*

**CERTIFICATE OF SERVICE**

  I, Thomas Melone, counsel for Otter Creek Solar, LLC, do hereby certify that on October 17, 2016, I filed with the Clerk of Court the following document using the CM/ECF system:

  **NOTICE OF APPEAL.**

  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

    Craig S. Nolan, Esq.
    Owen J. McClain, Esq.
    Sheehey Furlong & Behm P.C.
    30 Main St., Gateway Sq., 6th Fl.
    PO Box 66
    Burlington, VT 05402-0066
    Telephone: (802) 864-9891
    E-Mail: cnolan@sheeheyvt.com
    E-Mail: omcclain@sheeheyvt.com

    Robert E. Woolmington, Esq.
    Merrill E. Bent, Esq.
    Witten, Woolmington, Campbell & Bernal, P.C.
    P.O. Box 2748, 4900 Main Street
    Manchester Center, VT 05255
    (802) 362-2560
    rew@wittenetal.com
    meb@wittenetal.com

Dated: October 17, 2016

            */s/Thomas Melone*
            Thomas Melone
            ALLCO RENEWABLE ENERGY LIMITED
            77 Water St., 8th Floor
            New York, NY 10005
            Telephone: (212) 681-1120
            Facsimile: (801) 858-8818
            Thomas.Melone@AllcoUS.com

            *Attorney for Plaintiff Otter Creek Solar LLC*